MARTHA KUGEL, Respondent, v. CATHEDRAL BEAUTY SHOP, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

ROBERT AITKEN, Respondent, v. SOCIETY OF DAUGHTERS OF HOLLAND DAMES, DESCENDANTS OF THE ANCIENT AND HONORABLE FAMILIES OF NEW NETHERLAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

ROBERT E. MYERS and WILLIAM F. BRUNSSEN, Appellants, v. WILLIAM J. TONKIN and IRA TONKIN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

35 EAST THIRTIETH STREET CORPORATION, Appellant, v. HAR REALTY CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

HARRY BLACK, Respondent, v. ISIDORE GOLDSTEIN and ETHEL GOLDSTEIN, Defendants, Impleaded with EMIL WELLNER, Appellant.— Order reversed, plaintiff's motion denied and motion of defendant, appellant, to open default and for leave to serve proposed answer granted, upon condition that defendant, appellant, within ten days from service of order pay a full bill of costs to date, including ten dollars costs of motion and ten dollars costs and disbursements of this appeal, and thereafter submit to an examination before trial at the convenience of the plaintiff; the issue to be as of the date of service of the answers of the other defendants. Otherwise, order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.; Dowling, P. J., and O'Malley, J., dissent and vote for affirmance. Settle order on notice.

HARRY L. SINGER, Respondent, v. AQUITANIA REALTY CORPORATION, Defendant, Impleaded with SAMUEL BECK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ. [137 Misc. 295.]

FRANCOIS DE SAINT-PHALLE and Others, Appellants, v. HAGOP KEVORKIAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

ANDREW I. FARB, as Trustee in Bankruptcy of EDWARD J. TIERNEY, Bankrupt, Appellant, v. GEORGE OLIVER MAY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch. O'Malley and Sherman, JJ.

KATHERINE KAUER and FRANK KAUER, Respondents, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and O'Malley, JJ.

In the Matter of the Application of HARLEY REALTY CORPORATION, Respondent, against WILLIAM E. WALSH and Others, Appellants. In the Matter of the Application of CHARLES BRADY, as Superintendent of Buildings for the Borough of Manhattan, City of New York, and Another, Respondents, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and